**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00513-LTB-BNB

ROBERT HAYNES,

       Plaintiff,

v.

CITY OF PUEBLO,
CITY OF PUEBLO POLICE DEPARTMENT,
CHIEF JIM BILLINGS,
KENNETH MATIC,
RICHARD REYES,
JASON SMITH, and
CHARLES BONOMELLI,

       Defendants.
_____

**ORDER**
_____

       Upon Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion to Amend the Complaint and File Plaintiff's Second Amended Complaint (Doc 24 - filed September 14, 2007), it is

       ORDERED that Plaintiff's Motion to Amend the Complaint (Doc 20 - filed August 14, 2007) is GRANTED.  Plaintiff's Second Amended Complaint is accepted for filing.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   September 17, 2007