IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00513-LTB-BNB

ROBERT HAYNES,

Plaintiff,

v.

CITY OF PUEBLO,
CITY OF PUEBLO POLICE DEPARTMENT,
CHIEF JIM BILLINGS,
KENNETH MATIC,
RICHARD REYES,
JASON SMITH, and
CHARLES BONOMELLI,

Defendants.
_____

**ORDER**
_____

      I am informed that this case has been resolved, subject to final approval. Accordingly,

      IT IS ORDERED that on or before **December 26, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated December 11, 2007.

                                                                          BY THE COURT:

                                                                          s/ Boyd N. Boland
                                                                         United States Magistrate Judge