IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00513-LTB-BNB

ROBERT HAYNES,

    Plaintiff,

v.

CITY OF PUEBLO,
CITY OF PUEBLO POLICE DEPARTMENT,
CHIEF JIM BILLINGS,
KENNETH MATIC,
RICHARD REYES,
JASON SMITH, and
CHARLES BONOMELLI,

    Defendants.
_____

**ORDER**
_____

Upon the Stipulated Motion to Dismiss Certain Defendants (Doc 35 - filed December 20, 2007), it is

ORDERED that Plaintiff's claims against Defendants Kenneth Matic, Richard Reyes, Jason Smith, Charles Bonomelli, Chief Jim Billings, and The City of Pueblo Police Department, be and the same are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that these defendants be removed from the case caption.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: December 21, 2007