**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00513-LTB-BNB

ROBERT HAYNES,

    Plaintiff,

v.

CITY OF PUEBLO,

    Defendant.
_____

**ORDER**
_____

Upon the Stipulated Motion to Dismiss With Prejudice (Doc 42 - filed January 11, 2008), it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: January 14, 2008